IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SAMUEL D. NELSON**                                                                 **PETITIONER**
Reg. #34961-045

v.                              CASE NO. 2:25-CV-00139-BSM

**C. HUMPHREY,** Warden                                                        **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE